IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00034-CR

 

George Stephen Clegg,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 1993-570-C

 



MEMORANDUM  Opinion



 

In 1994, Appellant was convicted of aggravated
sexual assault and received a 90-year sentence.  He recently attempted to
appeal the trial court’s denial of his motion for a free record to pursue a
post-conviction writ of habeas corpus, but we dismissed that appeal for want of
jurisdiction.  See Clegg v. State, --- S.W.3d ---, 2007 WL 17105
(Tex. App.—Waco Jan. 3, 2007, no pet. h.).

Clegg returned to the trial court and filed a
“petition to review trial/appellate records on temporary loan basis” in another
attempt to obtain a record with which to pursue a post-conviction writ.  The
trial court denied that request, and Clegg now appeals that order.

In a February 9, 2007 letter, we notified Appellant that this
court may not have jurisdiction over this appeal and that unless he showed grounds for continuing his appeal
within twenty-one days of our letter’s date, we might dismiss his appeal for
want of jurisdiction.  He has not shown grounds.  Accordingly, we dismiss this
appeal for want of jurisdiction.  See id.

PER CURIAM

 

 

 

 

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

Appeal dismissed 

Opinion delivered and
filed March 21, 2007

Do not publish

[CRPM]